# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

SCOTT C. CARLBERG

FILED
August 27, 2008
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE NOLAN

CRIMINAL COMPLAINT

CASE NUMBER: 08CR 682

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 2, 2007__ in __Will__ County, in the __Northern__ District of __Illinois__ defendant,

by force and violence, and by intimidation, took from the presence of bank employees at TCF Bank, 2400 East Lincoln Highway, New Lenox, Illinois, approximately $2,208 in United States currency belonging to, and in the care, custody, control, management, and possession of TCF Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section __2113(a)__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:  __X__ Yes  ____ No

_____
R. Brian Wentz, Complainant

Sworn to before me and subscribed in my presence,

August 27, 2008                               at   __Chicago, Illinois__
Date                                                City and State

U.S. Magistrate Judge Nan R. Nolan            _Nan R. Nolan_
Name & Title of Judicial Officer               Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF COOK           )

## AFFIDAVIT

I, R. Brian Wentz, being duly sworn according to law, do depose and say as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2003. As part of my duties, I am assigned to the South Resident Agency of the Chicago Division. My responsibilities include investigations of federal offenses involving violent crimes, including the offense of bank robbery. I have been involved in multiple bank robbery investigations.

2. This affidavit is based on my personal knowledge, as well as information obtained from investigation documents, law enforcement records, computer databases, private businesses, and other law enforcement officials. The information contained in this affidavit is provided solely for the purpose of establishing probable cause and does not include all the information known to me or to law enforcement regarding this investigation.

3. The information below is provided for the limited purpose of establishing probable cause that SCOTT C. CARLBERG robbed the TCF Bank, located at 2400 East Lincoln Highway, New Lenox, Illinois, on February 2, 2007, in violation of Title 18, United States Code, Section 2113(a).

## BACKGROUND

4. Beginning with a TCF Bank robbery in Frankfort, Illinois on January 28, 2005, multiple law enforcement agencies have investigated a series of at least ten bank robberies occurring in the southwest suburbs of Chicago, Illinois. During these bank robberies, a white male (hereinafter "the bank robber"), wearing dark clothing, a head covering similar to a ski mask, and gloves, ran into each bank announcing the robbery, threatening violence and demanding money from the teller drawers and bank vaults. On multiple occasions, the bank robber physically pushed bank employees in certain directions or to the ground.

5. At least ten robberies were linked to this bank robber based on subject description, manner of operation, and matching evidence left at multiple crime scenes. Descriptions from bank robbery witnesses at multiple banks described the bank robber as a white male, 6'0" - 6'5" in height, weighing 200-250 pounds, having brown to blonde hair and either blue or green eyes. Two of these bank robberies are described below.

## TCF BANK, New Lenox, Illinois
## February 2, 2007

6. On February 2, 2007 at approximately 7:05 p.m., a bank robber ran into a TCF Bank branch located at 2400 East Lincoln Highway, New Lenox, Illinois. As the bank robber was entering the bank, a bank employee noticed the bank robber running toward them wearing a ski mask. The bank employee opened the vault and directed another employee into the vault, in order to lock themselves inside for safety from the bank robber. The bank robber began hitting the door and said words to the effect of, "Get out here, give me the rest of the money. I'm gonna kill you. I'm gonna blow this up." When the bank employee did not come out of the vault, the bank robber opened the teller drawers and removed approximately $2,208 in U.S. currency, including a dye pack and bait bills. The bank robber then exited the bank.

7. At approximately the same time as the bank robbery, a witness (hereinafter WITNESS A) located in a nearby parking lot observed a male, wearing dark clothing, running from the TCF Bank. WITNESS A described the male as appearing to "be on fire" and "smoke was pouring off him."

8. The TCF Bank robbery was captured by the bank's digital video surveillance system. In the surveillance footage, the bank robber is shown carrying a duffle bag with a long shoulder strap. The bag is strapped across the bank robber's body so that the duffle bag is hanging waist-level on the bank robber's right side. Witnesses to this robbery described the robber as a male, 6'0" - 6'2" in height, weighing 200 to 250 pounds.

9. At the time of the February 2, 2007 bank robbery, TCF Bank was federally insured by the Federal Deposit Insurance Corporation.

## MB FINANCIAL BANK, Burr Ridge, Illinois
## March 7, 2007

10. On March 7, 2007 at approximately 6:50 p.m., a bank robber ran into MB Financial Bank, located at 7000 County Line Road, Burr Ridge, Illinois. The bank robber was brandishing a handgun and was wearing clothing similar to that worn in the February 2, 2007 robbery of TCF Bank in New Lenox. In addition, the bank robber was carrying a blue duffle bag. Upon entering the bank, the bank robber directed a bank employee to the teller counter entrance, while pointing the gun at a second employee and stating words to the effect of, "Sweety, any movement you're dead, don't push any buttons." The bank robber then directed the two bank employees to the vault, where he instructed them to fill the blue duffle bag with all the money from the bank vaults. As instructed, the bank employees filled the bank robber's duffle bag with approximately $92,032 in U.S. currency. This money included bundles of money that were banded. Before exiting the bank, the bank robber instructed the employees, "No phone calls. No alarms. I want you to count to three hundred."

11. Witnesses described the bank robber as a white male, 6'-6'5" in height, with a thin to medium build, having brown hair and blue or green eyes.

12.     At the time of the March 7, 2007 bank robbery, MB Financial Bank was federally insured by the Federal Deposit Insurance Corporation.

## PUBLIC STORAGE UNIT

13.     On or about July 27, 2007, the contents of a Public Storage personal storage unit, space number E047, rented to SCOTT C. CARLBERG ("CARLBERG storage unit") were auctioned off to the highest bidder. The contents were auctioned because CARLBERG was delinquent in rental payments and the contents were considered abandoned. Through a bidding process, the contents of the storage unit were obtained by INDIVIDUAL A, whose lock was then placed on the storage unit. On or about the same day, INDIVIDUAL A purchased the contents of two other storage units that were rented to INDIVIDUAL B and INDIVIDUAL C. INDIVIDUAL A commingled the contents of all three storage units after purchasing them.

14.     On or about August 6, 2007, INDIVIDUAL A began going through the contents of the storage units. He located a black duffle bag wrapped in two trash bags and a coat. Upon opening the duffle bag, he noticed a large amount of dye-stained money. INDIVIDUAL A immediately contacted law enforcement officers, who responded to the scene and ran the serial numbers of money through the NCIC computer database. Two of the serial numbers, AL94186043A and EB58099935E, were identified as bait bills taken during the February 2, 2007 bank robbery of TCF Bank in New Lenox.

15.     On or about August 7, 2007, INDIVIDUAL A provided consent to search the remaining consolidated contents of the storage units. FBI agents conducted the search, which led to the recovery of, among other things, a black plastic BB gun, a metal handgun, a blue duffle bag similar to that shown in the video surveillance images of the March 7, 2007 MB Financial Bank robbery, multiple items of clothing having what appears to be stains similar to that left by the dye in bank dye packs, and a trash bag containing: (1) a dye pack device, (2) numerous Miller Lite brand beer cans, and (3) a plastic shopping bag containing numerous paper money bands stamped "MB Financial Bank." One of these clothing items was a pair of blue jeans having a large dye stain on the right hip section, in the area where the duffle bag was carried during the February 2, 2007 TCF Bank robbery from which a dye pack was taken.

16.     INDIVIDUAL A provided Agents with the paperwork for the CARLBERG storage unit. The paperwork contained the name SCOTT C. CARLBERG, with a listed address in Evergreen Park, Illinois, as the customer for storage unit space E047. Record searches indicate that CARLBERG lives at that address, however, agents have conducted surveillance and interviews and have been informed that CARLBERG has not been seen at that address for approximately one month.

17.     On or about August 15, 2008, deoxyribolucleic acid (DNA) profiles were located on five beer cans, one swabbing from one beer can, and the plastic shopping bag that had contained the money bands, all as described in paragraph 15 above. Those seven DNA profiles were compared by the FBI Laboratory and determined to have all come from the same

contributor. Subsequently, a search of the Combined DNA Index System ("CODIS") revealed that the contributor of all seven DNA samples was SCOTT C. CARLBERG, date of birth December 6, 1963.

### CARLBERG'S VEHICLE

18. Illinois Secretary of State records indicate that CARLBERG is a white male, 6'5" in height, weighing 200 pounds, with brown hair and green eyes. Current Illinois Secretary of State records also indicate that a red 2006 Chevrolet Avalanche with Vehicle Identification Number 3GNEC12Z96G174997, bearing Illinois registration number 74891K B ("CARLBERG vehicle") is owned by CARLBERG at the same Evergreen Park, Illinois address referenced in paragraph 16.

19. On August 19, 2008, an FBI agent observed the CARLBERG vehicle parked at the Markham Courthouse, located in Markham, Illinois. The agent observed through the windows of the CARLBERG vehicle three Miller Lite brand beer cans that appeared empty strewn about the interior of the vehicle.

### ARREST OF CARLBERG

20. CARLBERG was taken into custody on August 27, 2008. The CARLBERG vehicle was searched subsequent to CARLBERG's arrest. In the CARLBERG vehicle, agents found, among other things, two pellet guns, a knife, a pair of blue jeans, a blue hooded sweatshirt, a black ski mask with two eye holes and a mouth hole, one Mason black and yellow glove, a black cloth bag, yellow rubber gloves, and a pair of Ironclad green, black, and grey work gloves. Contained within the left-hand Ironclad glove was a white Wal-Mart bag containing paper money bands. The black ski mask and the Mason black and yellow glove are consistent with the clothing worn by the bank robber in robberies previously linked to the bank robber during the course of the investigation.

21. CARLBERG was advised of his *Miranda* rights and agreed to speak with the agents. CARLBERG stated, among other things, that he had robbed the TCF Bank in New Lenox, Illinois. CARLBERG was unsure of the exact date of the robbery but CARLBERG stated that he rushed into the bank and that the tellers ran into the vault. CARLBERG stated that he helped himself to the money in the cash drawers and that the dye pack that he had taken with the money exploded when he was in the parking lot. CARLBERG stated that dye from the dye pack was on his right side.

22. Based on the foregoing facts, Affiant respectfully submits there is probable cause to believe that on February 2, 2007, SCOTT C. CARLBERG by force, violence, and intimidation, took money belonging to or in the care, custody, control, management, or possession of the TCF Bank, located at 2400 East Lincoln Highway, New Lenox, Illinois, on February 2, 2007, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
R. Brian Wentz
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me
this 27th day of August, 2008

_____
NAN R. NOLAN
United States Magistrate Judge

5