## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 682 - 1 | **DATE** | 08/27/08 |
| **CASE TITLE** | USA vs. Scott C Carlberg | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Scott C Carlberg appears in response to arrest on 08/27/08. Defendant informed of his rights. Enter order appoint Daniel P McLaughlin of the Federal Defender Program/Panel as counsel for defendant. Government moves for detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. **Defendant currently taking the following two medications for current medical condition: Vicodin and Flexeril. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues.**

Docketing to mail notices.

00:15