MHN

FILED

AUG 29 2008

8-29-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 682 |
| vs. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| SCOTT C. CARLBERG | ) | |

## NOTICE OF FILING

Please take notice that on August 29, 2008, the government filed its **Government's Agreed Motion to Correct the Loss Amount in the Complaint and Affidavit**, a copy of which is hereby served upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7855

**FILED**

AUG 2 9 2008
8-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 682 |
| vs. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| SCOTT C. CARLBERG | ) | |

### GOVERNMENT'S AGREED MOTION TO CORRECT
### THE LOSS AMOUNT IN THE COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to correct the loss amount in the complaint and accompanying affidavit. In support of this motion, the government states as follows:

1. The criminal complaint and accompanying affidavit states that the amount of money taken by the defendant from the TCF Bank, located at 2400 East Lincoln Highway, New Lenox, Illinois, was approximately $2,208 in United States currency. This was a typographical error; the amount of money taken from the TCF Bank was in fact $2,808.

2. Rather than submitting an amended criminal complaint and affidavit, both parties agree, with the Court's permission, to correct the original criminal complaint via a minute order from this Court.

3. The parties therefore request that the Court issue an order correcting the original criminal complaint and affidavit, replacing "$2,208" with "$2,808" in the criminal complaint and on page 2 of Special Agent R. Brian Wentz's affidavit.

WHEREFORE, the United States respectfully requests that this Court Order the Clerk's Office to change the loss amount in the complaint and accompanying affidavit to $2,808.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
RENATO MARIOTTI
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7855

2