Order Form (01/2005)

## United States District Court, Northern District of Illinois

MLN

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 682 - 1 | **DATE** | 08/29/08 |
| **CASE TITLE** | USA vs. Scott C Carlberg | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's Agreed Motion to Correct the Loss Amount In the Complaint and Affidavit.

Docketing to mail notices.

00:15

[stamp: FILED - EST / 2008 AUG 29 AM 11:11 / U.S. DISTRICT COURT]

Courtroom Deputy Initials: LXS