MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 682 |
| vs. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| SCOTT C. CARLBERG | ) | |

## ORDER

The Court, having reviewed the government's Agreed Motion to Correct the Loss Amount in the Complaint and Affidavit, finds as follows:

1. The criminal complaint and accompanying affidavit states that the amount of money taken by the defendant from the TCF Bank, located at 2400 East Lincoln Highway, New Lenox, Illinois, was approximately $2,208 in United States currency. This was a typographical error: the amount of money taken from the TCF Bank was in fact $2,808.

2. The parties have agreed that rather than having the government submit an amended complaint and affidavit, the mistake will be corrected via an order from this Court.

IT IS HEREBY ORDERED that the original criminal complaint and affidavit be corrected, replacing "$2,208" with "$2,808" on the face of the criminal complaint as well as page 2 of Special Agent R. Brian Wentz's affidavit.

Nan R. Nolan
United States Magistrate Judge

DATE: 8/29/08